# UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

**UNITED STATES OF AMERICA,**
           **PLAINTIFF,**

vs.                                                      CASE NO. 19-40081-HLT

**ANTONIO SHANNON DONOVAN BROWN**
**and**
**BOUNSOUAY KHANYA,**
           **DEFENDANTS.**

## SEALED INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1

21 U.S.C. § 841(a)(1)
(Possession with the Intent to Distribute a Controlled Substance)

On or about May 10, 2019, in the District of Kansas, the defendants,

**BOUNSOUAY KHANYA**
**and**
**ANTONIO SHANNON DONOVAN BROWN,**

knowingly and intentionally possessed with the intent to distribute 50 grams or more of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), with reference to Title 21, United States Code, Section 841(b)(1)(A), and Title 18, United States Code, Section 2.

## COUNT 2

21 U.S.C. § 841(a)(1)
(Possession with the Intent to Distribute a Controlled Substance)

On or about May 10, 2019, in the District of Kansas, the defendants,

**BOUNSOUAY KHANYA**
**and**
**ANTONIO SHANNON DONOVAN BROWN,**

knowingly and intentionally possessed with the intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) with reference to Title 21, United States Code, Section 841(b)(1)(C), and Title 18, United States Code, Section 2.

## COUNT 3

18 U.S.C. § 922(g)(1)
(Possession of a Firearm by a Prohibited Person)

On or about May 10, 2019, in the District of Kansas, the defendant,

**ANTONIO SHANNON DONOVAN BROWN,**

knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, namely, Aggravated Robbery, in *State of Kansas v. Antonio S D Brown,* Douglas County, Kansas, District Court Case No. 08-CR-1569, on or about October 2, 2009, did knowingly and intentionally receive and possess in and affecting commerce a firearm, namely, a

Walther
Model PPS
9mm Caliber Pistol
Serial No. AT6354

said firearm having been shipped and transported in interstate or foreign commerce.

All of the foregoing in violation of Title 18, United States Code, Sections 922(g) and 924(a)(2).

## COUNT 4

18 U.S.C. § 924(c)(1)(A)
(Possession of a Firearm in Furtherance of a Drug Trafficking Crime)

On or about May 10, 2019, in the District of Kansas, the defendant,

**ANTONIO SHANNON DONOVAN BROWN,**

did knowingly and intentionally possess a firearm, namely, a

Walther
Model PPS
9mm Caliber Pistol
Serial No. AT6354

in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, namely, Possession with Intent to Distribute a Controlled Substance, as charged in Counts One and Two, above, all in violation of Title 18, United States Code, Section 924 (c)(1)(A).

## FORFEITURE ALLEGATION

## CONTROLLED SUBSTANCES FORFEITURES

The allegation contained in Counts One and Two of this Indictment are hereby alleged again and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853.

Upon conviction for any of the offenses in violation of Title 21, United States Code, Section 841 as set forth in Counts One and Two of this Indictment, the defendants,

**BOUNSOUAY KHANYA**
**and**
**ANTONIO SHANNON DONOVAN BROWN**,

shall forfeit to the United States pursuant to Title 21 United States Code, Section 853, any proceeds used in the commission of the offense, including but not limited to $11,531.06 in United States Currency.

## **FIREARMS FORFEITURES**

The allegation contained in Counts Three and Four of this Indictment is hereby alleged again and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461.

Upon conviction of the offense alleged in Counts Three and Four, the defendant,

**ANTONIO SHANNON DONOVAN BROWN**,

shall forfeit to the United States pursuant to Title 18 United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearm and ammunition used in the commission of the offenses, including but not limited to a,

Walther
Model  PPS
9mm Caliber Pistol
Serial No. AT6354

**SUBSTITUTE ASSETS**

If any of the property described above, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

All pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

**A TRUE BILL.**

August 21, 2019                          *s/Foreperson*
DATE                                            FOREPERSON OF THE GRAND JURY

Lindsey Debenham  #27574
for Stephen R. McAllister, #15845
UNITED STATES ATTORNEY
DISTRICT OF KANSAS
444 SE Quincy, Suite 290
Topeka, KS 66683
Phone: (785) 295-2850
Fax: (785) 295-2853
Stephen.mcallister@usdoj.gov

[It is requested that trial be held in Topeka, Kansas.]